**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

REBECCA COLBERT,

Plaintiff,

vs. **CASE NO. 3:21-cv-00517-RGJ**

EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, LLC, TRANS UNION, LLC and MOHELA/DEPT OF ED,

Defendants.

______________________________

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S**
**ANSWER TO PLAINTIFFS' COMPLAINT**

Defendant, Equifax Information Services LLC ("Equifax"), by Counsel, files its Answer to Plaintiff's Complaint ("Complaint") as follows:

## I. PRELIMINARY STATEMENT

1. Equifax admits Plaintiff purports to bring claims pursuant to the Fair Credit Reporting Act ("FCRA"). Equifax denies any allegation it violated the FCRA.

## II. PARTIES

2. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 2.

3. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 3.

4. Equifax is without knowledge or information sufficient to form a belief as to the

truth of the allegations in Paragraph 4.

5. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 5.

6. Equifax denies it is a corporation. Equifax admits the remaining allegations in Paragraph 6.

7. Equifax admits the allegations in Paragraph 7.

8. Equifax admits the allegations in Paragraph 8.

9. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 9.

10. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10.

11. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 11.

12. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 12.

13. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 13.

14. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14.

## III. JURISDICTION

15. Equifax admits that the Court has federal question jurisdiction over Plaintiff's FCRA claim. Equifax is otherwise without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 15.

## IV. FACTUAL BACKGROUND

16. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 16.

17. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 17.

18. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 18.

19. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 19.

20. Equifax denies the allegations in Paragraph 20.

21. Equifax denies the allegations in Paragraph 21.

22. Equifax denies the allegations in Paragraph 22.

## V. CLAIMS

### NEGLIGENT VIOLATION OF THE FAIR CREDIT REPORT ACT – MOHELA

23. Equifax restates its answers and defenses to Paragraphs 1 - 22.

24. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24.

25. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25.

### NEGLIGENT VIOLATION OF THE FAIR CREDIT REPORTING ACT - EQUIFAX

26. Equifax restates its answers and defenses to Paragraphs 1 - 25.

27. Equifax denies the allegations in Paragraph 27.

28. Equifax denies the allegations in Paragraph 28.

29. Equifax denies the allegations in Paragraph 29.

**NEGLIGENT VIOLATION OF THE FAIR CREDIT REPORTING ACT - EXPERIAN**

30. Equifax restates its answers and defenses to Paragraphs 1 - 29.

31. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 31.

32. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 32.

33. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 33.

**NEGLIGENT VIOLATION OF THE FAIR CREDIT REPORTING ACT – TRANS UNION**

34. Equifax restates its answers and defenses to Paragraphs 1 – 30.

35. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 35.

36. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 36.

37. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 37.

**WILLFUL VIOLATION OF THE FAIR CREDIT REPORTING ACT – MOHELA**

38. Equifax restates its answers and defenses to Paragraphs 1 - 37.

39. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 39.

40. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 40.

**WILLFUL VIOLATION OF THE FAIR CREDIT REPORTING ACT – EQUIFAX**

41. Equifax restates its answers and defenses to Paragraphs 1 - 40.

42. Equifax denies the allegations in Paragraph 42.

43. Equifax denies the allegations in Paragraph 43.

44. Equifax denies the allegations in Paragraph 44.

**WILLFUL VIOLATION OF THE FAIR CREDIT REPORTING ACT – EXPERIAN**

45. Equifax restates its answers and defenses to Paragraphs 1 – 44.

46. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 46.

47. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 47.

48. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 48.

**WILLFUL VIOLATION OF THE FAIR CREDIT REPORTING ACT – EXPERIAN**

49. Equifax restates its answers and defenses to Paragraphs 1 – 48.

50. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 50.

51. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 51.

52. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 52.

53. Equifax denies Plaintiffs are entitled to any relief claimed in the "WHEREFORE" Paragraph.

WHEREFORE, having fully answered or otherwise responded to the allegations in Plaintiffs' Complaint, Equifax prays that:

(1) Plaintiff's Complaint be dismissed in its entirety and with prejudice, with all costs taxed against Plaintiff; and

(2) it recover such other and additional relief as the Court deems just and appropriate.

DATED:  October 14, 2021

                                              Respectfully submitted,

                                              WILLIAMS KILPATRICK, PLLC

By: /s/ *John M. Williams*
John M. Williams
Williams Kilpatrick, PLLC
3151 Beaumont Centre Circle, Suite 375
Lexington, KY 40513
859-245-1059
Fax: 859-245-1231
Email: williams@wktlaw.com
*Counsel for Defendant Equifax Information Services LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 14, 2021, I electronically filed with the Clerk of Court the foregoing document using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ *John M. Williams*
John M. Williams