*ELECTRONICALLY FILED*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| REBECCA COLBERT, <br><br> Plaintiff, <br><br> v. <br><br> MOHELA/DEPT OF ED, <br> EQUIFAX INFORMATION SERVICES, LLC, <br> EXPERIAN INFORMATION SOLUTIONS, INC., <br> and TRANS UNION, LLC <br><br> Defendants. | Civil Action No. 3:21-cv-517-RGJ |

## AGREED ORDER OF DISMISSAL OF MOHELA

Come the Plaintiff, Rebecca Colbert ("Plaintiff"), and the Defendant, MOHELA/Dept of Ed ("MOHELA"), by counsel, and hereby advise that the parties have settled this matter and request the entry of this Agreed Order of Dismissal with prejudice, and after reviewing the record and being otherwise sufficiently advised,

**IT IS ORDERED AND ADJUDGED** as follows:

1) that the above-captioned action, including, without limitation, all claims and causes of action that were or might have been alleged herein by Plaintiff against MOHELA, are hereby **DISMISSED WITH PREJUDICE**; and

2) that Plaintiff and MOHELA will each pay their respective costs.

SEEN AND AGREED TO:

/s/ Christopher T. Kurtz
_____
Christopher T. Kurtz
Christopher Kurtz Law Office
608 Baxter Avenue
Louisville, Kentucky 40204
Telephone:  (502) 749-3600
Facsimile:  (502) 749-3766
Email:  chris@ckurtzlaw.com
*Counsel for Plaintiff, Rebecca Colbert*


/s/ Emily H. Cowles
_____
Emily H. Cowles
Lexy Gross
Wyatt, Tarrant & Combs, LLP
250 West Main Street, Suite 1600
Lexington, Kentucky 40507-1746
Telephone:  (859) 233-2012
Facsimile:  (859) 259-0649
E-mail:  ecowles@wyattfirm.com
          lgross@wyattfirm.com
*Counsel for Defendant, MOHELA*


100609028.1

Rebecca Grady Jennings, District Judge
United States District Court

October 28, 2021